AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Board of Trustees of the Plumbers Local 93 U.A., et al.,

CASE NUMBER: 08 CV 3254

V.

ASSIGNED JUDGE: JUDGE LEFKOW

High-Tech Mechanical, Inc. an Illinois Corporation; and Tom Blanchette, an individual.

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE VALDEZ

TO: (Name and address of Defendant)

Tom Blanchette
296 South Kinzie Ave
Bradley, IL 60915

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William P. Callinan
Johnson & Krol, LLC
208 South LaSalle Street, Suite 1602
Chicago, IL 60604
312-372-8587

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

*Jacqueline Halliman*
(By) DEPUTY CLERK

June 5, 2008
Date



## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 6/13/08 at 2:29 pm |
| NAME OF SERVER *(PRINT)* TERRANCE DUBOIS | TITLE PRIVATE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 296 S. Kinzie Ave Bradley, IL
Tom Blanchette is a white male age 58, approximately 5'10", medium build, approximately 190 lbs. and brown hair.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/13/08
         Date                    Signature of Server

PO Box 581 Clifton, IL 60927
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

65302