AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Board of Trustees of the Plumbers Local 93
U.A., et al.,

|  |  |
|---|---|
| CASE NUMBER: | 08 CV 3254 |
| V. | ASSIGNED JUDGE: | JUDGE LEFKOW |

High-Tech Mechanical, Inc. an Illinois
Corporation; and Tom Blanchette, an individual.

DESIGNATED     MAGISTRATE JUDGE VALDEZ
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

High-Tech Mechanical, Inc.,
296 South Kinzie Ave.
Bradley, IL 60915

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William P. Callinan
Johnson & Krol, LLC
208 South LaSalle Street, Suite 1602
Chicago, IL 60604
312-372-8587

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

*Jacqueline Halliman*

------------------------------
(By) DEPUTY CLERK

------------------------------
**June 6, 2008**

**Date**



AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE  6/13/08 at 2:29 pm |
| NAME OF SERVER *(PRINT)*  TERRANCE DUBOIS | TITLE  PRIVATE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify):  CORPORATE SERVICE TO TOM BLANCHETTE, PRESIDENT TOM BLANCHETTE WAS SERVED AT 296 S. KINZIE AVE BRADLEY, IL TOM BLANCHETTE IS A WHITE MALE AGE 58, APPROXIMATELY 5'10" MEDIUM BUILD, APPROXIMATELY 190 lbs and BROWN HAIR.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/13/08
Date

_____
Signature of Server

PO BOX 581 CLIFTON, IL 60927
Address of Server

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

65303