**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BOARD OF TRUSTEES of the PLUMBERS | ) | |
| LOCAL UNION NO. 93 U.A.; | ) | |
| BOARD OF TRUSTEES of the PLUMBERS | ) | |
| LOCAL UNION NO. 93 U.A. RETIREMENT | ) | |
| ACCOUNT FUND; | ) | |
| BOARD OF TRUSTEES of the PLUMBERS | ) | |
| LOCAL UNION NO. 93 U.A. PENSION FUND; | ) | |
| BOARD OF TRUSTEES of the PLUMBERS | ) | CIVIL ACTION |
| LOCAL UNION NO. 93 U.A. HEALTH AND | ) | |
| WELFARE FUND; | ) | |
| BOARD OF TRUSTEES of the JOINT | ) | NO. 08-C-3254 |
| APPRENTICESHIP COMMITTEE FUND of the | ) | |
| PLUMBING & HEATING INDUSTRY OF LAKE | ) | |
| AND McHENRY COUNTIES; and | ) | JUDGE: LEFKOW |
| The INDUSTRY ADVANCEMENT FUND; | ) | |
| | ) | |
| Plaintiffs, | ) | MAGISTRATE JUDGE: VALDEZ |
| | ) | |
| vs. | ) | |
| | ) | |
| HIGH-TECH MECHANICAL, INC., | ) | |
| an Illinois Corporation; and | ) | |
| TOM BLANCHETTE, | ) | |
| an individual, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR DEFAULT JUDGMENT

Now come Plaintiffs, the BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION

NO. 93 U.A., *et al.,* by and through their attorneys, JOHNSON & KROL, LLC, and moves this

Honorable Court for entry of Default Judgment in favor of Plaintiffs and against Defendant HIGH-

TECH MECHANICAL. INC., ("HIGH-TECH") and TOM BLANCHETTE ("BLANCHETTE")

pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and in support thereof, states as

follows:

1.      On June 6, 2008, Plaintiffs filed their Initial Complaint in the above-captioned matter.

2.      On June 13, 2008, copies of the Summons and Complaint were served upon HIGH-TECH

via corporate service by leaving a true and correct copy of said documents with BLANCHETTE, the head project manager of HIGH-TECH. (Affidavit of Service attached as Exhibit 1).

3.    On that same day, copies of the Summons and Complaint were served upon BLANCHETTE via personal service by handing a true and correct copy of said documents to Defendant BLANCHETTE.   (Affidavit of Service attached as Exhibit 2).

4.    The Defendants did not file an Answer or otherwise respond to the Complaint within 20 days of June 13, 2008, the date the Defendants were served with the Summons and Complaint (Fed. R. Civ. P. 12(a)(3)).

5.    This case involves unpaid contributions and wage deductions.   (Plaintiffs' Complaint ¶ 7).

6.    The amount of contributions and wage deductions due and owing to the Plaintiffs is determined by the number of hours worked by covered employees under the Collective Bargaining Agreement and Trust Agreements.  (Plaintiffs Complaint ¶ 7).

7.    Defendant HIGH-TECH failed to submit contributions for the period of September 1, 2007 through February 29, 2008, resulting in outstanding contributions, liquidated damages, and interest charges in the amount of $12,850.00. (Affidavit of Lyman Behrens attached as Exhibit 3).

8.    Thereafter, Defendants HIGH-TECH and BLANCHETTE signed a Settlement Agreement with the Trust Funds wherein Defendant BLANCHETTE agreed to be personally liable for the obligations of HIGH-TECH.

9.    Defendants HIGH-TECH and BLANCHETTE have failed to make any payments toward the unpaid contributions, liquidated damages or interest, and therefore the entire amount of $12,850.00 remains unpaid.

10.    Defendants HIGH-TECH and BLANCHETTE currently owe the Plaintiffs reasonable

attorney's fees and costs in the amount of $3,822.50 for the period of February 11, 2008 through the present. (Affidavit of William P. Callinan attached as Exhibit 4).

11.    The Court may render a Default Judgment against a party who has not filed a responsive pleading or otherwise defended the suit.  (Fed. R. Civ. P. 55(a)(b)(2)).

12.    The total principal balance due and owing to the Plaintiffs including contributions, liquidated damages, interest and attorney's fees is $16,672.50.  (Affidavit of Lyman Behrens attached as Exhibit 3).

13.    Plaintiffs respectfully request this Honorable Court enter Default Judgment in favor of Plaintiffs and against the Defendants in the amount of $16,672.50.

14.    A draft Default Judgment Order is attached hereto as Exhibit 5.

WHEREFORE, Plaintiffs pray that this Honorable Court enter an Order of Default Judgment in favor of Plaintiffs and against Defendants HIGH-TECH and BLANCHETTE in the amount of $16,672.50.

Respectfully submitted,

JOHNSON & KROL, LLC

By:    /s/ William P. Callinan - 6292500
       One of Plaintiffs' Attorneys

William P. Callinan
ATTORNEY FOR PLAINTIFFS
Johnson & Krol, LLC
208 South LaSalle Street, Suite 1602
Chicago, Illinois 60604
(312) 372-8587

AO 440  (Rev. 05/00)  Summons in a Civil Actio.

## RETURN OF SERVICE

| | DATE 6/13/08 at 2:29 pm |
|---|---|
| Service of the Summons and complaint was made by me(1) | |
| NAME OF SERVER (PRINT) TERRANCE DUBOIS | TITLE PRIVATE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): CORPORATE SERVICE to TOM BLANCHETTE, PRESIDENT Tom Blanchette was served at 296 S. Kinzie Ave Bradley, IL Tom Blanchette is a white male age 58, Approximately 5'10" MEDIUM BUILD, Approximately 190 lbs and Brown Hair.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/13/08
_____
Date

_____
Signature of Server

PO Box 581 Clifton, IL 60927
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EXHIBIT
1

65303

AO 440 (Rev. 05/00) Summons in a Civil Action.

## RETURN OF SERVICE

| | DATE 6/13/08 at 2:29 pm |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) TERRANCE DUBOIS | TITLE PRIVATE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

[✓] Served personally upon the defendant. Place where served: 296 S. Kinzie Ave. Bradley, IL

Tony Blanchette ISA White male age 58, approximately 5'10", medium build, approximately 190 lbs. and brown hair.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

_____

_____

[ ] Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/13/08
_____
Date

_____
Signature of Server

PO Box 581 Clifton, IL 60927
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EXHIBIT
2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A.;
BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A. RETIREMENT ACCOUNT FUND;
BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A. PENSION FUND;
BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A. HEALTH AND WELFARE FUND;
BOARD OF TRUSTEES of the JOINT APPRENTICESHIP COMMITTEE FUND of the PLUMBING & HEATING INDUSTRY OF LAKE AND McHENRY COUNTIES; and
The INDUSTRY ADVANCEMENT FUND;

        Plaintiffs,

vs.

HIGH TECH MECHANICAL, INC.,
an Illinois Corporation; and
TOM BLANCHETTE,
an individual,

        Defendants.

CIVIL ACTION

NO. 08-C-3254

JUDGE: LEFKOW

MAGISTRATE JUDGE: VALDEZ

### AFFIDAVIT OF LYMAN BEHRENS

I, Lyman Behrens, hold the title of Benefit Funds Manager for the PLUMBERS LOCAL UNION NO.93 U.A. RETIREMENT ACCOUNT FUND; PLUMBERS LOCAL UNION NO.93 U.A. PENSION FUND; PLUMBERS LOCAL UNION NO.93 U.A. HEALTH AND WELFARE FUND; JOINT APPRENTICESHIP COMMITTEE FUND of the PLUMBING & HEATING INDUSTRY OF LAKE AND McHENRY COUNTIES; (hereinafter referred to as "Trust Funds"). Being first duly sworn and upon oath state that to the best of my knowledge the following is an accurate statement as to Defendant HIGH-TECH's and BLANCHETTE's



EXHIBIT
3

delinquency in the above captioned matter;

1. Defendant HIGH-TECH failed to submit contributions for the period of September 1, 2007 through February 29, 2008, resulting in outstanding contributions, liquidated damages, and interest charges in the amount of $12,850.00.

2. On or about April 1, 2008, the Trust Funds entered into a Settlement Agreement with Defendants HIGH-TECH, and BLANCHETTE personally.

3. The terms of the Settlement Agreement required HIGH-TECH and BLANCHETTE to pay off the principal balance of $12,850.00 over a 6 month period, and provided that BLANCHETTE shall be individually liable for all of the obligations of Defendant HIGH-TECH.

4. Defendants HIGH-TECH and BLANCHETTE have failed to make any payments under the Settlement Agreement and therefore the entire amount of $12,850.00 remains unpaid.

5. Defendants currently owe the Plaintiffs reasonable attorney fees and costs in the amount of $3,822.50 for the period of February 11, 2008 through the present.

6. The total principal balance due and owing to the Plaintiffs including contributions, liquidated damages, interest and attorney's fees is $16,672.50.

Further affiant saith not.

*Lyman Behrens*
Lyman Behrens

Subscribed and sworn
Before me this ___9___
day of July, 2008.

*Cathryn S. Wotring*
Notary Public

```
OFFICIAL SEAL
CATHRYN S WOTRING
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/05/10
```

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BOARD OF TRUSTEES of the PLUMBERS | ) | |
| LOCAL UNION NO. 93 U.A.; | ) | |
| BOARD OF TRUSTEES of the PLUMBERS | ) | |
| LOCAL UNION NO. 93 U.A. RETIREMENT | ) | |
| ACCOUNT FUND; | ) | |
| BOARD OF TRUSTEES of the PLUMBERS | ) | |
| LOCAL UNION NO. 93 U.A. PENSION FUND; | ) | |
| BOARD OF TRUSTEES of the PLUMBERS | ) | CIVIL ACTION |
| LOCAL UNION NO. 93 U.A. HEALTH AND | ) | |
| WELFARE FUND; | ) | |
| BOARD OF TRUSTEES of the JOINT | ) | NO.  08-C-3254 |
| APPRENTICESHIP COMMITTEE FUND of the | ) | |
| PLUMBING & HEATING INDUSTRY OF LAKE | ) | |
| AND McHENRY COUNTIES; and | ) | JUDGE:  LEFKOW |
| The INDUSTRY ADVANCEMENT FUND; | ) | |
| | ) | |
| Plaintiffs, | ) | MAGISTRATE JUDGE:  VALDEZ |
| | ) | |
| vs. | ) | |
| | ) | |
| HIGH-TECH MECHANICAL, INC., | ) | |
| an Illinois Corporation; and | ) | |
| TOM BLANCHETTE, | ) | |
| an individual, | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF WILLIAM P. CALLINAN**
**IN SUPPORT OF ATTORNEY'S FEES AND COSTS**

I, William P. Callinan, hold the title of Associate Attorney at the law firm of Johnson & Krol,

LLC.  Being first duly sworn, on oath deposes and states that to the best of my knowledge, the

following is an accurate statement as to the attorney's fees and costs the Plaintiffs have incurred

in the above-captioned matter:



| 6/30/2008 | Johnson & Krol, LLC | |
|---|---|---|
| 2:34 PM | Listing | Page     1 |

---

## Selection Criteria

---

| Refe.Selection | Include: High Tech Mechanical, Inc. |
|---|---|

---

Rate Info - identifies rate source and level

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

| 27132 | TIME | JEM | 0.17 | 210.00 | 35.70 |
|---|---|---|---|---|---|
| 2/11/2008 | | tc | 0.00 | T@1 | |
| Billed | G:11602 | 2/20/2008 93 TF | 0.00 | | |
| Telephone conf. w/collection referral. | | High Tech Mechanical, In | 0.00 | | |

| 27135 | TIME | JEM | 0.50 | 210.00 | 105.00 |
|---|---|---|---|---|---|
| 2/12/2008 | | Research | 0.00 | T@1 | |
| Billed | G:11602 | 2/20/2008 93 TF | 0.00 | | |
| Search: IL corporate search w/state; Draft demand letter to contractor. | | High Tech Mechanical, In | 0.00 | | |

| 27235 | TIME | WPC | 0.17 | 185.00 | 31.45 |
|---|---|---|---|---|---|
| 2/13/2008 | | Status | 0.00 | T@1 | |
| Billed | G:11602 | 2/20/2008 93 TF | 0.00 | | |
| Status: add company to report; Calendar expiration date give on demand letter. | | High Tech Mechanical, In | 0.00 | | |

| 27560 | TIME | JEM | 0.33 | 210.00 | 69.30 |
|---|---|---|---|---|---|
| 2/26/2008 | | tc | 0.00 | T@1 | |
| Billed | G:11637 | 3/18/2008 93 TF | 0.00 | | |
| Telephone conf. w/contractor; Memo to file. | | High Tech Mechanical, In | 0.00 | | |

| 27798 | TIME | WPC | 0.50 | 185.00 | 92.50 |
|---|---|---|---|---|---|
| 2/27/2008 | | Review | 0.00 | T@1 | |
| Billed | G:11637 | 3/18/2008 93 TF | 0.00 | | |
| Review incoming correspondence from contractor; Conf. w/Joe. | | High Tech Mechanical, In | 0.00 | | |

| 27566 | TIME | JEM | 0.33 | 210.00 | 69.30 |
|---|---|---|---|---|---|
| 2/27/2008 | | Review | 0.00 | T@1 | |
| Billed | G:11637 | 3/18/2008 93 TF | 0.00 | | |
| Review correspondence from contractor; Conf w/Will. | | High Tech Mechanical, In | 0.00 | | |

| 27815 | TIME | WPC | 0.33 | 185.00 | 61.05 |
|---|---|---|---|---|---|
| 2/29/2008 | | Review | 0.00 | T@1 | |
| Billed | G:11637 | 3/18/2008 93 TF | 0.00 | | |
| Review correspondence; T/C to contractor. | | High Tech Mechanical, In | 0.00 | | |

| 27835 | TIME | WPC | 0.17 | 185.00 | 31.45 |
|---|---|---|---|---|---|
| 3/4/2008 | | tc w/contrac | 0.00 | T@1 | |
| Billed | G:11637 | 3/18/2008 93 TF | 0.00 | | |
| Tel. conf. with contractor. | | High Tech Mechanical, In | 0.00 | | |

| 27840 | TIME | WPC | 1.67 | 185.00 | 308.95 |
|---|---|---|---|---|---|
| 3/5/2008 | | tc | 0.00 | T@1 | |
| Billed | G:11637 | 3/18/2008 93 TF | 0.00 | | |
| Telephone conf. w/Tom B from High Tech; Draft settlement agreement & calculate delinquency; Received & reviewed Jan & Feb contribution reports. | | High Tech Mechanical, In | 0.00 | | |

Johnson & Krol, LLC
Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 27848        TIME<br>3/6/2008<br>Billed          G:11637        3/18/2008<br>Complete drafting settlement agreement; Draft<br>payment schedule; T/C with Lyman @ fund office. | WPC<br>complete<br>93 TF<br>High Tech Mechanical, In | 0.67<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 123.95 |
| 28072        TIME<br>3/6/2008<br>Billed          G:11637        3/18/2008<br>Begin to review/edit settlement agreement for Will. | JEM<br>Review<br>93 TF<br>High Tech Mechanical, In | 0.17<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 35.70 |
| 28078        TIME<br>3/10/2008<br>Billed          G:11637        3/18/2008<br>Complete review/edit settlement agreement for Will;<br>Conf. w/Will: Revise amortization schedule. | JEM<br>complete<br>93 TF<br>High Tech Mechanical, In | 0.67<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 140.70 |
| 27867        TIME<br>3/10/2008<br>Billed          G:11637        3/18/2008<br>Revisions to settlement agreement; Draft security<br>agreement; Draft letter w/settlement agreements. | WPC<br>Revise<br>93 TF<br>High Tech Mechanical, In | 1.00<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 185.00 |
| 28835        TIME<br>4/4/2008<br>Billed          G:11676        4/18/2008<br>Review correspondence from company; Draft letter to<br>Lyman with settlement agreement & first payment;<br>Draft letter to Lynn with Settlement Agreement. | WPC<br>Review<br>93 TF<br>High Tech Mechanical, In | 1.00<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 185.00 |
| 28214        TIME<br>4/4/2008<br>Billed          G:11676        4/18/2008<br>Conference w/WPC Re:  Settlement Agreement | JEM<br>Conference<br>93 TF<br>High Tech Mechanical, In | 0.33<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 69.30 |
| 28313        EXP<br>4/7/2008<br>Billed          G:11676        4/18/2008<br>U.C.C. Financing Statement filed with Secretary of<br>State. | J&K<br>UCC State<br>93 TF<br>High Tech Mechanical, In | 1 | 21.00 | 21.00 |
| 28288        TIME          12:59 PM<br>4/7/2008<br>Billed          G:11676        4/18/2008<br>Draft UCC Form 1 Statement<br>File UCC Form 1 filing statement<br>t/c with High Tech | WPC<br>Draft<br>93 TF<br>High Tech Mechanical, In | 0.83<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 153.55 |
| 29029        TIME<br>4/16/2008<br>Billed          G:11702        5/20/2008<br>Telephone conference with Fund Office<br>Draft letter to Fund<br>Fax letter | WPC<br>tc<br>93 TF<br>High Tech Mechanical, In | 0.50<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 92.50 |

6/30/2008                                     Johnson & Krol, LLC
2:34 PM                                               Listing                                          Page      3

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 29074          TIME<br>4/17/2008<br>Billed          G:11702          5/20/2008<br>Telephone conference with Fund Office regarding<br>Settlement | WPC<br>tc<br>93 TF<br>High Tech Mechanical, In | 0.17<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 31.45 |
| 29364          TIME<br>4/25/2008<br>Billed          G:11702          5/20/2008<br>Conference with WPC Re: status of Settlement<br>Agreement and contractor's bond | JEM<br>Conference<br>93 TF<br>High Tech Mechanical, In | 0.17<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 35.70 |
| 29367          TIME<br>4/25/2008<br>Billed          G:11702          5/20/2008<br>Conference with JEM regarding possible bond claim | WPC<br>Conference<br>93 TF<br>High Tech Mechanical, In | 0.17<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 31.45 |
| 29384          TIME<br>4/28/2008<br>Billed          G:11702          5/20/2008<br>Conference with WPC Re: delinquency and potential<br>bond claim | JEM<br>Conference<br>93 TF<br>High Tech Mechanical, In | 0.17<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 35.70 |
| 29577          TIME<br>5/5/2008<br>Billed          G:11702          5/20/2008<br>Tel. conf. with fund office Re: returned check | JEM<br>tc client<br>93 TF<br>High Tech Mechanical, In | 0.17<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 35.70 |
| 29660          TIME<br>5/7/2008<br>Billed          G:11702          5/20/2008<br>Telephone conference with Contractor regarding<br>bounced settlement check and missing settlement<br>payment | WPC<br>tc<br>93 TF<br>High Tech Mechanical, In | 0.33<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 61.05 |
| 29999          TIME<br>5/15/2008<br>Billed          G:11702          5/20/2008<br>Telephone conference with Contractor regarding<br>missing settlement payments and bounced check;<br>Discussion on possible payment options. | WPC<br>tc<br>93 TF<br>High Tech Mechanical, In | 0.33<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 61.05 |
| 30197          TIME<br>5/20/2008<br>WIP<br>Telephone conference with Contractor | WPC<br>tc<br>93 TF<br>High Tech Mechanical, In | 0.17<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 31.45 |
| 30307          TIME<br>5/22/2008<br>WIP<br>Conference with WPC Re: filing suit | JEM<br>Conference<br>93 TF<br>High Tech Mechanical, In | 0.17<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 35.70 |
| 30345          TIME<br>5/23/2008<br>WIP<br>Continue drafting Complaint<br>Letter to Contractor<br>Telephone conference with Contractor | WPC<br>Continue<br>93 TF<br>High Tech Mechanical, In | 0.67<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 123.95 |

6/30/2008                                   Johnson & Krol, LLC
2:34 PM                                            Listing                                                    Page      4

| Slip ID | | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 30397 | TIME | WPC | 1.33 | 185.00 | 246.05 |
| 5/27/2008 | | Draft | 0.00 | T@1 | |
| WIP | | 93 TF | 0.00 | | |
| Draft Complaint against High-Tech Mechanical | | High Tech Mechanical, In | 0.00 | | |
| Telephone conference with Fund Office | | | | | |
| 30398 | TIME | WPC | 0.50 | 185.00 | 92.50 |
| 5/27/2008 | | Draft | 0.00 | T@1 | |
| WIP | | 93 TF | 0.00 | | |
| Draft letter to Fund Office with Settlement Agreements | | High Tech Mechanical, In | 0.00 | | |
| Email correspondence with Fund Office | | | | | |
| 30600 | TIME | WPC | 0.50 | 185.00 | 92.50 |
| 6/3/2008 | | e-mail | 0.00 | T@1 | |
| WIP | | 93 TF | 0.00 | | |
| E-mail correspondence with Fund office. | | High Tech Mechanical, In | 0.00 | | |
| Telephone conference with Fund office. | | | | | |
| Continue drafting complaint | | | | | |
| 30645 | TIME | WPC | 0.67 | 185.00 | 123.95 |
| 6/4/2008 | | Review | 0.00 | T@1 | |
| WIP | | 93 TF | 0.00 | | |
| Review correspondence from Fund office | | High Tech Mechanical, In | 0.00 | | |
| Revise and finalize the Complaint and exhibits | | | | | |
| 30679 | TIME | WPC | 1.67 | 185.00 | 308.95 |
| 6/5/2008 | | Draft | 0.00 | T@1 | |
| WIP | | 93 TF | 0.00 | | |
| Draft Summons and Civil Cover Sheet | | High Tech Mechanical, In | 0.00 | | |
| Revise Complaint per Conference with JEM | | | | | |
| Scan and Efile Complaint and Exhibits | | | | | |
| 30673 | TIME | JEM | 0.17 | 210.00 | 35.70 |
| 6/5/2008 | | Conference | 0.00 | T@1 | |
| WIP | | 93 TF | 0.00 | | |
| Conference with WPC | | High Tech Mechanical, In | 0.00 | | |
| 30670 | TIME | JEM | 0.67 | 210.00 | 140.70 |
| 6/5/2008 | | Review | 0.00 | T@1 | |
| WIP | | 93 TF | 0.00 | | |
| Review and revise Complaint | | High Tech Mechanical, In | 0.00 | | |
| 30690 | TIME    10:15 AM | Clerk - JAK | 0.42 | 80.00 | 33.60 |
| 6/6/2008 | | Draft | 0.00 | T@1 | |
| WIP | | 93 TF | 0.00 | | |
| Draft letter to process server and prepare documents | | High Tech Mechanical, In | 0.00 | | |
| for service. | | | | | |
| 30774 | TIME | WPC | 0.17 | 185.00 | 31.45 |
| 6/9/2008 | | Review | 0.00 | T@1 | |
| WIP | | 93 TF | 0.00 | | |
| Review Court correspondence | | High Tech Mechanical, In | 0.00 | | |
| Conference with JEM | | | | | |

| 6/30/2008 | Johnson & Krol, LLC | | |
|---|---|---|---|
| 2:34 PM | Listing | | Page    5 |

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| 31073    TIME | WPC | 0.17 | 185.00 | 31.45 |
| 6/13/2008 | tc | 0.00 | T@1 | |
| WIP | 93 TF | 0.00 | | |
| Telephone conference with Contractor regarding | High Tech Mechanical, In | 0.00 | | |
| pending lawsuit (x2) | | | | |
| 31291    TIME | WPC | 0.33 | 185.00 | 61.05 |
| 6/20/2008 | tc | 0.00 | T@1 | |
| WIP | 93 TF | 0.00 | | |
| Telephone conference with contractor regarding | High Tech Mechanical, In | 0.00 | | |
| payment of delinquencies | | | | |
| review correspondence from Contractor | | | | |
| 31333    TIME | Clerk - JAK | 0.25 | 80.00 | 20.00 |
| 6/23/2008 | Court file | 0.00 | T@1 | |
| WIP | 93 TF | 0.00 | | |
| Court Filing:affidavits of service for High Tech and | High Tech Mechanical, In | 0.00 | | |
| Blanchette. | | | | |
| 31416    TIME | WPC | 0.50 | 185.00 | 92.50 |
| 6/24/2008 | tc | 0.00 | T@1 | |
| WIP | 93 TF | 0.00 | | |
| Telephone conference with Contractor regarding | High Tech Mechanical, In | 0.00 | | |
| mechanics liens | | | | |
| review correspondence from Contractor | | | | |
| Research regarding enforcement of Mechanics liens | | | | |
| (subrogation rights) | | | | |
| 31500    EXP | J&K | 1 | 125.00 | 125.00 |
| 6/24/2008 | Process Service | | | |
| WIP | 93 TF | | | |
| Process ServiceFee: to High Tech and Tom | High Tech Mechanical, In | | | |
| Blanchette on 6/13/08 | | | | |
| 31553    TIME | WPC | 0.50 | 185.00 | 92.50 |
| 6/27/2008 | Draft | 0.00 | T@1 | |
| WIP | 93 TF | 0.00 | | |
| Draft Motion for Default Judgment | High Tech Mechanical, In | 0.00 | | |

| Grand Total | | | | |
|---|---|---|---|---|
| | Billable | 19.71 | | 3822.50 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 19.71 | | 3822.50 |

**Total Attorneys' Fees to Date** = $3,822.50

**GRAND TOTAL** = $3,822.50

Further, the affiant saith not.

Subscribed and sworn
Before me this  9ᵗʰ  day of
July, 2008.

_____                    _____
Notary Public                                                              Mr. William P. Callinan

OFFICIAL SEAL
NANCY GONZALEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BOARD OF TRUSTEES of the PLUMBERS<br>LOCAL UNION NO. 93 U.A.;<br>BOARD OF TRUSTEES of the PLUMBERS<br>LOCAL UNION NO. 93 U.A. RETIREMENT<br>ACCOUNT FUND;<br>BOARD OF TRUSTEES of the PLUMBERS<br>LOCAL UNION NO. 93 U.A. PENSION FUND;<br>BOARD OF TRUSTEES of the PLUMBERS<br>LOCAL UNION NO. 93 U.A. HEALTH AND<br>WELFARE FUND;<br>BOARD OF TRUSTEES of the JOINT<br>APPRENTICESHIP COMMITTEE FUND of the<br>PLUMBING & HEATING INDUSTRY OF LAKE<br>AND McHENRY COUNTIES; and<br>The INDUSTRY ADVANCEMENT FUND; | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br><br>NO.  08-C-3254<br><br>JUDGE:  LEFKOW |
| Plaintiffs, | )<br>)<br>) | MAGISTRATE JUDGE:  VALDEZ |
| vs. | )<br>)<br>) | |
| HIGH-TECH MECHANICAL, INC.,<br>an Illinois Corporation; and<br>TOM BLANCHETTE,<br>an individual, | )<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

**DEFAULT JUDGMENT ORDER**

Default Judgment is hereby entered in favor of Plaintiffs and against Defendants HIGH-TECH

MECHANICAL, INC ("HIGH-TECH") and TOM BLANCHETTE ("BLANCHETTE") as

follows:

1.    Default Judgment is entered in favor of Plaintiffs and against Defendants HIGH-TECH

and BLANCHETTE jointly and severally.

2.    Defendants HIGH-TECH and BLANCHETTE are jointly and severally ordered to pay to

Plaintiffs all known unpaid contributions, liquidated damages and interest that accrued



EXHIBIT
5

during the period of September 1, 2007 through the February 29, 2008 in the amount of $12,850.00.

3.     Defendants HIGH-TECH and BLANCHETTE are jointly and severally ordered to pay to Plaintiffs reasonable attorney's fess and costs incurred by the Plaintiffs in the amount of $3,822.50 pursuant to the Collective Bargaining Agreement, Trust Agreements and  29 U.S.C. § 1132 (g)(2)(D).

4.     The total principal balance due and owing to the Plaintiffs from Defendants HIGH-TECH and BLANCHETTE is $16,672.50.

5.     That the Plaintiffs have such other relief as the Court may deem just and equitable all at Defendant's cost, pursuant to 29 U.S.C. § 1132(g)(2)(E).


ORDERED BY:


_____

HONORABLE JUDGE LEFKOW

Dated: _____