IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A.; BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A. RETIREMENT ACCOUNT FUND; BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A. PENSION FUND; BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A. HEALTH AND WELFARE FUND; BOARD OF TRUSTEES of the JOINT APPRENTICESHIP COMMITTEE FUND of the PLUMBING & HEATING INDUSTRY OF LAKE AND McHENRY COUNTIES; and The INDUSTRY ADVANCEMENT FUND; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION<br><br>NO. 08-C-3254<br><br>JUDGE: LEFKOW |
| Plaintiffs, | ) ) ) | MAGISTRATE JUDGE: VALDEZ |
| vs. | ) ) | |
| HIGH-TECH MECHANICAL, INC., an Illinois Corporation; and TOM BLANCHETTE, an individual, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   High-Tech Mechanical, Inc.,          and   Tom Blanchette
      296 South Kinzie Ave                        296 South Kinzie Ave.
      Bradley, IL 60915                           Bradley, IL 60915

PLEASE TAKE NOTICE that on **Tuesday, July 15, 2008,** I shall appear before the Honorable Judge Lefkow at approximately **9:30 a.m. in Courtroom 1925**, or any Judge in her stead at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present the attached **Plaintiff's Motion for Entry of Default Judgment.**

Respectfully submitted,

BY:   /s/ William P. Callinan - 6292500
      One of Plaintiffs' Attorneys

Johnson & Krol, LLC
208 S. LaSalle St., Suite 1602
Chicago, IL 60604
(312) 372-8587

## CERTIFICATE OF SERVICE

      The undersigned certifies that he served a copy of the above Notice of Motion via e-mail to all parties by operation of the Court's electronic CM/ECF filing system or by regular U.S. Mail to anyone unable to accept electronic filing and a courtesy copy was hand delivered to the Court as indicated on the Notice of Electronic Filing.

                                              BY:  /s/ William P. Callinan - 6292500
                                                          One of Plaintiffs' Attorneys