Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3254 | **DATE** | 7/15/2008 |
| **CASE TITLE** | Board of Trustees Plumbers Union, et al. vs. High-Tech Mechanical, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held.  Plaintiffs' motion for default judgment [11] is granted.  Enter Default Judgment Order. Judgment entered in favor of plaintiffs and against defendants jointly and severally in the amount of $16,672.50.  Civil Case Terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:02

FILED
2008 JUL 16  PM 4:34
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|