

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A.; BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A. RETIREMENT ACCOUNT FUND; BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A. PENSION FUND; BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A. HEALTH AND WELFARE FUND; BOARD OF TRUSTEES of the JOINT APPRENTICESHIP COMMITTEE FUND of the PLUMBING & HEATING INDUSTRY OF LAKE AND McHENRY COUNTIES; and The INDUSTRY ADVANCEMENT FUND;<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>HIGH-TECH MECHANICAL, INC., an Illinois Corporation; and TOM BLANCHETTE, an individual,<br><br>　　　　　　Defendants. | CIVIL ACTION<br><br>NO. 08-C-3254<br><br>JUDGE: LEFKOW<br><br>MAGISTRATE JUDGE: VALDEZ |

## DEFAULT JUDGMENT ORDER

Default Judgment is hereby entered in favor of Plaintiffs and against Defendants HIGH-TECH MECHANICAL, INC ("HIGH-TECH") and TOM BLANCHETTE ("BLANCHETTE") as follows:

1. Default Judgment is entered in favor of Plaintiffs and against Defendants HIGH-TECH and BLANCHETTE jointly and severally.

2. Defendants HIGH-TECH and BLANCHETTE are jointly and severally ordered to pay to Plaintiffs all known unpaid contributions, liquidated damages and interest that accrued

during the period of September 1, 2007 through the February 29, 2008 in the amount of $12,850.00.

3. Defendants HIGH-TECH and BLANCHETTE are jointly and severally ordered to pay to Plaintiffs reasonable attorney's fess and costs incurred by the Plaintiffs in the amount of $3,822.50 pursuant to the Collective Bargaining Agreement, Trust Agreements and 29 U.S.C. § 1132 (g)(2)(D).

4. The total principal balance due and owing to the Plaintiffs from Defendants HIGH-TECH and BLANCHETTE is $16,672.50.

5. That the Plaintiffs have such other relief as the Court may deem just and equitable all at Defendant's cost, pursuant to 29 U.S.C. § 1132(g)(2)(E).

ORDERED BY:

_____
HONORABLE JUDGE LEFKOW

Dated: JUL 15 2008